# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MILAD MOULAYI,<br><br>   Petitioner,<br><br>  v.<br><br>DAVID B. LONG, Warden,<br><br>   Respondent. | No. SA CV 13-31-JLS (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the magistrate judge's report and recommendation, petitioner's objections to the report and recommendation, and respondent's response thereto. The Court has engaged in a de novo review of those portions of the report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge.

  ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 10, 2015

                  _____
                  HONORABLE JOSEPHINE L. STATON
                  UNITED STATES DISTRICT JUDGE